UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC. and CHARLES RIVER WATERSHED ASSOCIATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>Michael S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, David CASH, in his official capacity as Regional Administrator for Region I of the U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 22-11863 |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE**

Pursuant to Local Rule 4.1(b) and Fed. R. Civ. P. 6(b), Plaintiff Conservation Law Foundation, Inc. and Plaintiff Charles River Watershed Association, Inc. (collectively, "Plaintiffs") respectfully submit this Assented-to Motion for a 45-day extension of the deadline for Plaintiffs to effect service on Defendants. The current deadline to effect service on Defendants is January 31, 2023. If granted by the Court, this motion would reset the deadline to effect service on Defendants to March 17, 2023. Plaintiffs have good cause for seeking an extension of time for service under Fed. R. Civ. P. 6(b), as they are in ongoing discussions with Defendants in an effort to resolve or narrow the issues in the above-captioned case. Additional facts supporting this motion are set forth pursuant

1

to Local Rule 4.1(b) in the Declaration of Attorney Heather A. Govern, attached hereto as **Exhibit A**.

Dated: January 26, 2023

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.

CHARLES RIVER WATERSHED ASSOCIATON, INC.

By their attorneys:

*/s/ Caitlin Peale Sloan*
Caitlin Peale Sloan
BBO No. 681484
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
(617) 850-1770
cpeale@clf.org

*/s/ Heather A. Govern*
Heather A. Govern
BBO No. 688482
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

*/s/ Ameya Gehi*
Ameya Gehi
BBO No. 709194
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
(617) 850-1795
agehi@clf.org

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I, as counsel for Plaintiffs, hereby certify that I have conferred with counsel for all Defendants on this motion and that Defendants assent to the relief requested in this motion.

*/s/ Heather A. Govern*
Heather A. Govern

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all Parties registered with the ECF system, and sent to Defendants' counsel by email.

*/s/ Heather A. Govern*
Heather A. Govern