# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CONSERVATION LAW FOUNDATION, INC., ET AL.**

*Plaintiff*

v.

Civil Action No.:
**1:22–CV–11863–RGS**

**MICHAEL S REGAN, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W. (Mail Code 3204A)
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Heather A. Govern
Conservation Law Foundation
62 Summer St.
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Flaviana de Oliveira**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022–11–02 15:21:23**, Clerk USDC DMA

Civil Action No.: **1:22–CV–11863–RGS**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Michael S. Regan, EPA Administrator

was received by me on (date) 3-17-2023.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : Pursuant to federal rule of civil procedure 4 (i), I serve the individual by sending the summons and a copy of the complaint by certified mail.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

3-17-2023
**Date**

Mhd Mohammad Ali
**Server's Signature**

Mehdi Mohammad Ali
**Printed name and title**

100 Summer St - 11th floor
**Server's Address**
Boston, MA   02110

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CONSERVATION LAW FOUNDATION, INC., ET AL.**

*Plaintiff*

v.

**MICHAEL S REGAN, ET AL.**

*Defendant*

Civil Action No.:
**1:22–CV–11863–RGS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Cash
Regional Administrator
U.S. Environmental Protection Agency, Region I
5 Post Office Square - Suite 100
Boston, MA 02109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Heather A. Govern
Conservation Law Foundation
62 Summer St.
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Flaviana de Oliveira**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2022–11–02 15:21:23**, Clerk USDC DMA

Civil Action No.: **1:22–CV–11863–RGS**

#### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) David Cash, EPA Region 1 Administrator

was received by me on (date) 3-17-2023.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

Pursuant to Federal rule of Civil Precedure 4(i),

☒ Other (specify): I served the individual by sending the Summons and a copy of the Complaint by Certified Mail.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

3-17-2023
Date

Mohd Mohammad ali
Server's Signature

Mehdi Mohammad Ali
Printed name and title

100 Summer St. 11th floor
Server's Address

Additional information regarding attempted service, etc:   Boston, MA 02110

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CONSERVATION LAW FOUNDATION, INC., ET AL.**

*Plaintiff*

v.

Civil Action No.:
**1:22−CV−11863−RGS**

**MICHAEL S REGAN, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Heather A. Govern
Conservation Law Foundation
62 Summer St.
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Flaviana de Oliveira**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022−11−02 15:21:23**, Clerk USDC DMA

Civil Action No.: **1:22-CV-11863-RGS**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) U.S. Environmental Protection Agency

was received by me on (date) 3-17-2023 .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or
Pursuant to Federal rule of civil procedure 4(i)

☒ Other (specify) : I served the individual by sending the summons
and a copy of the complaint by certified mail.

My fees are $ _0_ for travel and $ _0_ for services, for a total of $ _0_ .

I declare under penalty of perjury that this information is true.

3-17-2023
Date

Mehdi Mohammad Ali
Server's Signature

Mehdi Mohammad Ali
Printed name and title

100 Summer st - 11th floor
Server's Address
Boston, MA 02110

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CONSERVATION LAW FOUNDATION, INC., ET AL.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:22–CV–11863–RGS** |
| **MICHAEL S REGAN, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Civil Process Clerk
United States Attorney's Office
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210

   A lawsuit has been filed against you (Michael S. Regan, EPA Administrator; David Cash, EPA Region 1 Administrator; and the EPA).

   Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney Heather A. Govern
Conservation Law Foundation
62 Summer St.
Boston, MA 02110

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

 **/s/ – Flaviana de Oliveira**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022–11–02 15:21:23**, Clerk USDC DMA

Civil Action No.: **1:22–CV–11863–RGS**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Civil Process Clerks_
was received by me on (date) _3-17-2023_ .    _US. Attorney's Office, MA_

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

_Pursuant to Federal rule of civil precedure 4(i)_

☒ Other (specify) : _I served the individual by sending the summons and a copy of the complaint by certified mail._

My fees are $ _∅_ for travel and $ _∅_ for services, for a total of $ _∅_ .

I declare under penalty of perjury that this information is true.

_3-17-2023_
Date

_Mehdi Mohammad al_
Server's Signature

_Mehdi Mohammad Ali_
Printed name and title

_100 Summer St - 14th floor_
Server's Address
_Boston, MA  02110_

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CONSERVATION LAW FOUNDATION, INC., ET AL.**

*Plaintiff*

v.

**MICHAEL S REGAN, ET AL.**

*Defendant*

Civil Action No.:
**1:22–CV–11863–RGS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Honorable Merrick Garland
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you (Michael S. Regan, EPA Administrator; David Cash, EPA Region 1 Administrator; and the EPA).

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Heather A. Govern
Conservation Law Foundation
62 Summer St.
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Flaviana de Oliveira**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022–11–02 15:21:23**, Clerk USDC DMA

Civil Action No.:  **1:22−CV−11863−RGS**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Merrick  Garland

was received by me on (date) 3-17-2023.   US. Attorney General

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date)_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify):  Pursuant  to  Federal  rule  of  civil  Procedure  4(i)
I served  the  Individual  by  sending  the  Summons
and  a  copy  of  the  Complaint  by  certified  Mail.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

3-17-2023
Date

Mehdi Mohammad Ali
Server's Signature

Mehdi  Mohammad  Ali
Printed name and title

100  Summer  St - 11th  floor
Server's Address
Boston, MA   02110

Additional information regarding attempted service, etc:



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Washington DC 20460

Certified Mail Fee     $4.15                    0112
                                                19
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00     Postmark
☐ Certified Mail Restricted Delivery $0.00    Here
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $0.00   MAR 17 2023
Postage              $1.74
                                            03/17/2023
Total Postage and Fees    $9.24

Sent To   Michael S. Regan, EPA
Street and Apt. No., or PO Box No.
1200 Pennsylvania Ave, NW (mail code 3204A)
City, State, ZIP+4®
Washington, DC 20460

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0003 0146 0514

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Boston MA 02210

Certified Mail Fee     $4.15                    0112
                                                19
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $3.35
☐ Return Receipt (electronic)      $0.00     Postmark
☐ Certified Mail Restricted Delivery $0.00    Here
☐ Adult Signature Required         $0.00     MAR 1 2023
☐ Adult Signature Restricted Delivery $0.00
Postage              $1.74
                                            03/17/2023
Total Postage and Fees    $9.24

Sent To   Civil Process Clerk
Street and Apt. No., or PO Box No.
1 Courthouse Way, Suite 9200
City, State, ZIP+4®
Boston, MA 02210

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0003 0146 0507

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Boston MA 02109

Certified Mail Fee     $4.15                    0112
                                                19
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00     Postmark
☐ Certified Mail Restricted Delivery $0.00    Here
☐ Adult Signature Required         $0.00     MAR 17 2023
☐ Adult Signature Restricted Delivery $
Postage              $1.74
                                            03/17/2023
Total Postage and Fees    $9.24

Sent To   David Cash, EPA Region 1
Street and Apt. No., or PO Box No.
5 Post Office Square, Suite 100
City, State, ZIP+4®
Boston, MA 02109

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0003 0146 0521

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Washington DC 20530

Certified Mail Fee     $4.15                    0112
                                                19
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00     Postmark
☐ Certified Mail Restricted Delivery $0.00    Here
☐ Adult Signature Required         $0.00     MAR 2023
☐ Adult Signature Restricted Delivery $0.00
Postage              $1.74
                                            03/17/2023
Total Postage and Fees    $9.24

Sent To   The Honorable Merrick Garland
Street and Apt. No., or PO Box No.
950 Pennsylvania Ave, NW
City, State, ZIP+4®
Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0003 0146 0736

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Washington DC 20460

Certified Mail Fee     $4.15                    0112
                                                19
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $3.35
☐ Return Receipt (electronic)      $0.00     Postmark
☐ Certified Mail Restricted Delivery $0.00    Here
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage              $1.74
                                            03/17/2023
Total Postage and Fees    $9.24

Sent To   U.S. Environmental Protection Agency
Street and Apt. No., or PO Box No.
1200 Pennsylvania Ave, NW
City, State, ZIP+4®
Washington DC 20460

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0003 0146 0538

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
United States Attorney's Office
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210

9590 9402 7224 1284 0515 47

2. Article Number (Transfer from service label)

7022 0410 0003 0146 0507

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                3/20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FORT POINT STA
BOSTON MA 02205

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

MAR 2023

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460

9590 9402 7224 1284 0375 10

2. Article Number (Transfer from service label)

7022 0410 0003 0146 0538

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAR 2 4 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Cash
Regional Administrator
U.S. Environmental Protection Agency, Region I
5 Post Office Square – Suite 100
Boston, MA 02109

9590 9402 7224 1284 0321 26

2. Article Number (Transfer from service label)

7022 0410 0003 0146 0521

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                3/20/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FORT POINT STA
BOSTON MA ...

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

**FAQs ›**

Tracking Number:

**Remove ✕**

## 70220410000301460514

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:13 am on March 28, 2023 in WASHINGTON, DC 20460.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20460
March 28, 2023, 8:13 am

**Arrived at Post Office**
WASHINGTON, DC 20018
March 28, 2023, 6:19 am

**In Transit to Next Facility**
March 26, 2023

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 22, 2023, 11:54 am

**Arrived at USPS Regional Destination Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
March 21, 2023, 10:38 pm

**Departed USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 21, 2023, 7:56 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 20, 2023, 2:09 pm

**Departed USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
March 18, 2023, 2:25 am

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
March 18, 2023, 12:27 am

**USPS in possession of item**

BOSTON, MA 02111
March 17, 2023, 5:54 pm

**Hide Tracking History**

---

**Text & Email Updates**                                         ⌄

---

**USPS Tracking Plus®**                                          ⌄

---

**Product Information**                                          ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70220410000301460521

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:12 am on March 20, 2023 in BOSTON, MA 02109.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
BOSTON, MA 02109
March 20, 2023, 11:12 am

**Out for Delivery**
BOSTON, MA 02109
March 20, 2023, 7:33 am

**Arrived at Post Office**
BOSTON, MA 02205
March 20, 2023, 7:22 am

**In Transit to Next Facility**
March 19, 2023

**Departed USPS Regional Facility**
BOSTON MA DISTRIBUTION CENTER
March 18, 2023, 4:57 am

**Arrived at USPS Regional Facility**

Feedback

BOSTON MA DISTRIBUTION CENTER
March 18, 2023, 12:25 am

**USPS in possession of item**
BOSTON, MA 02111
March 17, 2023, 5:56 pm

**Hide Tracking History**

---

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

**FAQs ›**

Remove ✕

Tracking Number:

## 70220410000301460538

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:03 am on March 24, 2023 in WASHINGTON, DC 20460.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20460
March 24, 2023, 8:03 am

**Arrived at Post Office**
WASHINGTON, DC 20018
March 24, 2023, 6:19 am

**In Transit to Next Facility**
March 23, 2023

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 20, 2023, 2:09 pm

**Departed USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
March 18, 2023, 2:25 am

**Arrived at USPS Regional Origin Facility**

Feedback

BOSTON MA DISTRIBUTION CENTER
March 18, 2023, 12:27 am

**USPS in possession of item**
BOSTON, MA 02111
March 17, 2023, 5:56 pm

**Hide Tracking History**

---

Text & Email Updates                                          ⌄

---

USPS Tracking Plus®                                           ⌄

---

Product Information                                           ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

**FAQs ›**

**Remove ✕**

Tracking Number:

## 70220410000301460507

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:59 am on March 20, 2023 in BOSTON, MA 02210.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
BOSTON, MA 02210
March 20, 2023, 11:59 am

**Out for Delivery**
BOSTON, MA 02210
March 20, 2023, 6:10 am

**Arrived at Post Office**
BOSTON, MA 02205
March 20, 2023, 4:42 am

**In Transit to Next Facility**
March 19, 2023

**Departed USPS Regional Facility**
BOSTON MA DISTRIBUTION CENTER
March 18, 2023, 4:57 am

**Arrived at USPS Regional Facility**

BOSTON MA DISTRIBUTION CENTER
March 18, 2023, 12:25 am

● **USPS in possession of item**
BOSTON, MA 02111
March 17, 2023, 5:58 pm

● **Hide Tracking History**

---

Text & Email Updates                                                ⌄

---

USPS Tracking Plus®                                                 ⌄

---

Product Information                                                 ⌄

**See Less** ∧

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs ›

Tracking Number:                                                    Remove ✕

## 70220410000301460736

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:14 am on March 27, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 27, 2023, 5:14 am

**Available for Pickup**
WASHINGTON, DC 20530
March 24, 2023, 11:00 am

**Arrived at Post Office**
WASHINGTON, DC 20018
March 24, 2023, 8:34 am

**In Transit to Next Facility**
March 23, 2023

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 20, 2023, 2:09 pm

**Departed USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER

March 18, 2023, 2:25 am

**Arrived at USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
March 18, 2023, 12:27 am

**USPS in possession of item**
BOSTON, MA 02111
March 17, 2023, 5:59 pm

**Hide Tracking History**

---

Text & Email Updates ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs