UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br>and<br>CHARLES RIVER WATERSHED ASSOCIATION, INC.<br><br>        Plaintiffs,<br><br>v.<br><br>Michael S. REGAN, in his official capacity as Administrator of the<br>U.S. Environmental Protection Agency,<br>David CASH, in his official capacity as Regional Administrator for Region I of the U.S. Environmental Protection Agency,<br>and<br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendants. | Case No. 22-11863 |

**<u>PLAINTIFFS' NOTICE OF SERVICE AND INTENT TO CONTINUE LITIGATION</u>**

    Plaintiff Conservation Law Foundation, Inc. and Plaintiff Charles River Watershed Association, Inc. (collectively, "Plaintiffs") respectfully submit notice of their timely execution of service of their Complaint, and of their declared intent to continue litigation pursuant to the Court's order on March 31, 2023, denying Plaintiffs' motion to stay litigation. ECF No. 9 (Order on Mot. to Stay).

    In their opposition to Plaintiffs' Motion to Stay Litigation, Defendants assert that Plaintiffs filed their March 17th motion to stay litigation "before even serving EPA with the Complaint." ECF No. 8 at 2. The Court's order on Plaintiffs' motion to stay litigation repeats Defendants' assertion. ECF No. 9. However, contrary to Defendants' assertion—made on March 30—Plaintiffs executed service on March 17, as demonstrated by Plaintiffs' filing of Summons Returns Executed. ECF No.

1

10. Plaintiffs moreover expressly informed counsel for Defendants via telephone on March 17, 2023 of Plaintiffs' intention to serve the Defendants that same day. Facts supporting this motion are set forth pursuant to Local Rule 7.1(b) in the Declaration of Attorney Heather A. Govern, attached hereto as **Exhibit A.**

## CONCLUSION

WHEREFORE, Plaintiffs respectfully submit their intent to continue litigation of this matter.

Dated: March 31, 2023                                    Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.

CHARLES RIVER WATERSHED ASSOCIATON, INC.

By their attorneys:

/s/ Heather A. Govern
Heather A. Govern
BBO No. 688482
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

/s/ Ameya Gehi
Ameya Gehi
BBO No. 709194
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
(617) 850-1795
agehi@clf.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2023, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all Parties registered with the ECF system, and sent to Defendants' counsel by email.

                                                      */s/ Heather A. Govern*
                                                      Heather A. Govern