# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br>and<br>CHARLES RIVER WATERSHED ASSOCIATION, INC.<br><br>                                    Plaintiffs,<br><br>v.<br><br>Michael S. REGAN, in his official capacity as Administrator of the<br>U.S. Environmental Protection Agency,<br>David CASH, in his official capacity as Regional Administrator for Region I of the U.S. Environmental Protection Agency,<br>and<br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>                                    Defendants. | Case No. 22-11863 |

## **DECLARATION OF HEATHER A. GOVERN**

Pursuant to 28 U.S.C. § 1746, I, Heather A. Govern, declare as follows:

1.   I am a Vice President and the director of Conservation Law Foundation, Inc.'s ("CLF") Clean Air and Water Program. I am one of the attorneys representing Plaintiffs in this case.

2.   I have personal knowledge of the facts stated herein based either on my own experiences or my consultations with others; the facts are known to me in my capacity as counsel for Plaintiffs, and each of them is true and correct.

3.   I submit this declaration in support of Plaintiffs' Notice of Service and Intent to Continue Litigation.

4. On March 16, 2023, in an effort to narrow or resolve the issues involved in the motion, Plaintiffs exchanged emails with Attorney Miranda Jensen, counsel for Defendants, regarding Plaintiffs' motion to stay litigation.

5. On March 17, 2023, I called Attorney Jensen at 3:42 pm and left a voice message informing counsel for Defendants that Plaintiffs would be executing service on the Defendants.

6. On March 17, 2023, Plaintiffs executed service on Defendants and filed its motion to stay litigation. ECF No. 10 (Summons Returned Executed), and ECF No. 6 (Pls.' Mot. to Stay).

7. Plaintiffs did not file the proof of service of summons with this Court until March 31, 2023 because Plaintiffs did not have in their possession all five of the certified mail return receipts proving receipt of service.

Executed on March 31, 2023            /s/ Heather A. Govern
                                      Heather A. Govern

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all Parties registered with the ECF system, and sent to Defendants' counsel by email.

*/s/ Heather A. Govern*
Heather A. Govern